**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MELISSA THORNLEY, DEBORAH BENJAMIN-KOLLER, and JOSUE HERRERA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLEARVIEW AI, INC., <br><br> Defendant. | ) ) ) ) ) ) Case No. _____ ) ) ) ) ) ) ) |

**CORPORATE DISCLOSURES OF CLEARVIEW AI, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Clearview AI, Inc. ("Clearview"), through its undersigned counsel, hereby discloses that Clearview is a private Delaware corporation. It does not have a publicly held parent company. Rothschild Investment Trust Capital Partners plc owns greater than 5 percent of Clearview. No publicly held company owns more than 10 percent of Clearview.

Dated: May 15, 2020  Clearview AI, Inc.

 By: */s/* Howard Suskin
  One of its attorneys

  David Saunders
  Howard Suskin
  JENNER & BLOCK LLP
  353 North Clark Street
  Chicago, Illinois 60654
  (312) 222-9350
  dsaunders@jenner.com
  hsuskin@jenner.com

1

## CERTIFICATE OF SERVICE

I, David P. Saunders, an attorney, hereby certify that on May 15, 2020, I caused one copy of the foregoing **CORPORATE DISCLOSURES OF CLEARVIEW AI, INC.** to be served on counsel listed below by e-mail:

Daniel M. Feeney
Zachary J. Freeman
Miller Shakman Levine & Feldman LLP
Firm ID: 90236
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
dfeeney@millershakman.com
zfreeman@millershakman.com

David S. Golub
Steven L. Bloch
Ian W. Sloss
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, CT 06901
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

Kevin M. Forde
Brian P. O'Meara
Kevin R. Malloy
Forde & O'Meara LLP
111 West Washington Street
Suite 1100
Chicago, IL 60602
kforde@fordellp.com
bomeara@fordellp.com
kmalloy@fordellp.com

By:   /s/ David Saunders